IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARREL HORRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-081 |
| | ) | |
| ROSLYN NORMAN, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

The captioned case was opened in the Dublin Division of the Southern District of Georgia, even though the complaint states Defendant is located in, and events forming the basis of the claims occurred in, Richmond County, which lies within the Augusta Division. (See doc. no. 1.)  Accordingly, the case is hereby **TRANSFERRED** to the Augusta Division and is assigned Civil Action Number CV 125-175 .

SO ORDERED this 1st day of August, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA